

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00341-CV

IN THE INTEREST OF D.S.B., A
CHILD

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Father attempts to appeal from a June 14, 2012 order terminating his parental rights to his son, D.S.B. On August 22, 2012, we notified Father of our concern that we lack jurisdiction over this accelerated appeal because the notice of appeal was due July 5, 2012, but was not filed until August 17, 2012. *See* Tex. R. App. P. 26.1(b); *see also* Tex. R. App. P. 28.1(b) (providing that a post-trial motion will not extend the time to perfect an accelerated appeal); *In re K.A.F.,* 160 S.W.3d 923, 927 (Tex.), *cert. denied*, 546

---

[1]*See* Tex. R. App. P. 47.4.

U.S. 961 (2005) (reasoning that a rule 26.1(a) motion will not extend the deadline to file notice of an accelerated appeal). We informed Father that this appeal may be dismissed for want of jurisdiction unless he or any party desiring to continue the appeal filed with the court on or before September 4, 2012, a response showing grounds for continuing the appeal. Father did not file a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: October 11, 2012